KANTOR, DAVIDOFF, WOLFE,
MANDELKER & KASS, P.C.
Matthew C. Kesten [MK-6099]
Daniel S. Kokhba  [DK-5501]
51 East 42nd Street, 17th Floor
New York, NY 10017
212-682-8383
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

MIN YU XIAO,                                     Docket No. 07 Civ 9430 (RS)

                Plaintiff,

                                 CORPORATE DISCLOSURE
    -against-                     STATEMENT
                                 (Fed. R. Civ. P. 7.1)
LUCKY CHATHAM REALTY CORP. and
RICHARD T. WONG,

                Defendants.
-------------------------------------------------------------x

      Defendant, LUCKY CHATHAM REALTY CORP. ("Defendant"), a non-governmental corporation organized and existing under the laws of the State of New York, with its principal place of business in New York, New York, submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1.1, for the use of the Judges of this Court:

      Defendant is not a publicly held corporation or other publicly held entity,  does not have any parent corporation, and no publicly held corporation owns 10 percent or more of Defendant's stock.

Dated:  New York, New York
        December 19, 2007

                                        KANTOR, DAVIDOFF, WOLFE,
                                        MANDELKER & KASS, P.C.

                                        By: _____
                                        Matthew C. Kesten [MK-6099]
                                        Daniel S. Kokhba [DK-5501]
                                        51 East 42nd Street, 17th Floor
                                        New York, NY 10017
                                        212-682-8383
                                        *Attorneys for Defendants*

TO:    LEVY DAVIS & MAHER, LLP
       880 Third Avenue
       New York, NY 10022
       212-371-0033
       *Attorneys for Plaintiff*

       CLERK OF THE COURT