**LEVY DAVIS & MAHER, LLP**
ATTORNEYS AT LAW

880 Third Avenue, Ninth Floor
New York, New York 10022-4730

SHELDON I. LEVY (1927-1999)
MALCOLM H. DAVIS
DAMON R. MAHER
JONATHAN A. BERNSTEIN
―――――
HARMON I. FIELDS

TELEPHONE: (212) 371-0033
FACSIMILE: (212) 371-0463
www.levydavis.com
E-MAIL: thefirm@levydavis.com

January 24, 2008

The Honorable Robert W. Sweet
United States District Judge
United States Court House
500 Pearl Street, Room 1920
New York, New York 10007

          Re:    Xiao v. Lucky Chatham Realty Corp. *et ano.*
                07 Civ. 9430 (RWS) (DFE)

Dear Judge Sweet:

      We represent the plaintiff in this matter. I write to request that an initial conference be scheduled.

      The complaint was filed on October 22, 2007. The action was reassigned to Your Honor on November 9, 2007.

      Thank you for your attention to this matter.

                            Respectfully submitted,

                                     /s/

                            Jonathan A. Bernstein

JAB:jb