## KANTOR, DAVIDOFF, WOLFE, MANDELKER & KASS

HERBERT C. KANTOR
RICHARD S. DAVIDOFF
STEVEN W. WOLFE
LAWRENCE A. MANDELKER††
ROBIN NELSON WOLFE
MATTHEW C. KESTEN*
THOMAS E. KASS†
DONALD M. HALPERIN (1995-2006)
TIMOTHY ARMBRECHT**
ROBERT STRANIERE
DANIEL S. KOKHBA

* MEMBER OF N.Y. & FL. BARS
** MEMBER OF CA. BAR
† MEMBER OF N.Y., CONN. & D.C BARS
†† MEMBER OF N.Y. & PA. BARS

ATTORNEYS AT LAW
51 EAST 42ND STREET
NEW YORK, N.Y. 10017-5497
TELEPHONE: (212) 682-8383
FAX: (212) 949-5206



OF COUNSEL
ROBERT D. HARRIS
ROBERT M. BIRNBAUM*
DANIEL M. HIRSCH
___ MARGOLIUS
___ BUCHMAN

FLORIDA OFFICE
WILLIAM A. KASS*
NATIONSBANK TOWER, SUITE 500
150 EAST PALMETTO PARK ROAD
BOCA RATON, FL. 33432-4932
TEL: (561) 368-1995
FAX: (561) 368-4315

March 28, 2008

**VIA FAX (212-805-7925)**

The Honorable Robert W. Sweet
United States District Court Judge
United States Courthouse
Southern District of New York
500 Pearl Street



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

Re:  Min Yu Xiao v. Lucky Chatham Realty Corp et ano.
     07 Civ 9430 (RWS)

Dear Judge Sweet:

Our office represents defendants in the above captioned matter.  The Proposed Discovery Plan in this action which you So Ordered on February 8, 2008, provides, *inter alia*, for party depositions to be completed by April 11, 2008.  We are writing to request that the Court extend the deadline for conducting party depositions to May 30, 2008.  I have spoken with Plaintiff's counsel who consents to this request.  No prior requests for an extension have been made to this Court.

I would appreciate you having Chambers advise us if the requested extension is granted.  Thank you for your consideration of this request.

Respectfully,

Daniel S. Kokhba

cc:  Jonathan A. Bernstein, Esq. (Via Fax – 212-371-0463)
     Levy Davis & Maher, LLP
     Attorneys for Plaintiff
     880 Third Avenue, 9th Floor
     New York, NY 10022-4730

So Ordered
Sweet
USDJ
3-25-08