AGINS, SIEGEL, REINER & BOUKLAS, LLP
*Attorneys for* Subpoenaed Non-Party Witness
   Lucky Mott Realty LLC
BY: CARL D. BERNSTEIN, ESQ. (CB8002)
    CHARLES M. NEWMAN, ESQ. (CN9370)
386 PARK AVENUE SOUTH, SUITE 1200
NEW YORK, NEW YORK 10016
(212) 447-5599

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIN YU XIAO,

                Plaintiff,

– against –

LUCKY CHATHAM REALTY CORP. and
RICHARD T. WONG,

                Defendants.

Filed Electronically

No. 07 Civ 9430 (RWS)

**NOTICE OF MOTION**
**(Quash Deposition Subpoena**
**and/or for a Protective Order)**

      PLEASE TAKE NOTICE that Lucky Mott Realty LLC, the recipient of a non-party subpoena and notice to take deposition, each dated March 20, 2008, will move for an order pursuant to Federal Rules of Civil Procedure Rules 26 and 45 quashing the subpoena and vacating the notice to take deposition. The grounds are that a deposition of the non-party is inappropriate in the circumstances; and in the alternative, if a deposition is permitted, the non-party witness is entitled to reasonable protection for confidential and proprietary information.

The papers in support are the affidavit of Richard Wong sworn to on May 16, 2008 (with exhibits) and a memorandum of law.

Dated: New York, New York
       May 16, 2008

                                        Agins, Siegel, Reiner & Bouklas, LLP

                                        By: s/ Charles M. Newman
                                             Charles M. Newman (CN9370)
                                             Carl D. Bernstein (CB8002)
                                    *Attorneys for* Subpoenaed Non-Party
                                             Witness Lucky Mott Realty LLC
                                        386 Park Avenue South, Suite 1200
                                        New York, New York 10016

To (Via ECF Filing):
Levy Davis & Maher, LLP
Att'n: Jonathan A. Bernstein, Esq.
*Attorneys for* Plaintiff
880 Third Avenue
New York, New York 10022

Kantor, Davidoff, Wolfe, Mandelker & Kass, P.C.
Att'n: Matthew C. Kesten, Esq.
*Attorneys for* Defendants
51 East 42nd Street
New York, New York 10017