# Exhibit 1

AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Min Yu Xiao
V.
Lucky Chatham Realty Corp. and Richard T. Wong

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 07 Civ. 9430 (RWS)

TO:
Lucky Mott Realty LLC
9 Oliver Street
New York, New York 10038

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Levy Davis & Maher, LLP/880 Third Avenue, 9th Floor/New York, NY 10022/ (212) 371-0033 | 5/5/2008 12:00 pm |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All documents referring or relating to transactions with any defendant in this action; documents establishing your annual revenues in each year 2000-2006

| PLACE | DATE AND TIME |
|---|---|
| Levy Davis & Maher, LLP/ 880 Third Avenue, 9th Floor/ New York, NY 10022 (212) 371-0033 | 5/5/2008 12:00 pm |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorney for Plaintiff | 3/20/2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Jonathan A. Bernstein/Levy Davis & Maher, LLP/880 Third Avenue, 9th Floor/New York, New York 10022
(212) 371-0033

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

LEVY DAVIS & MAHER, LLP
Jonathan A. Bernstein (JB 4053)
Attorneys for Plaintiffs
880 Third Avenue
New York, New York 10022
(212) 371-0033

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MIN YU XIAO,                                  :    07 Civ. 9430 (RWS) (DFE)
                                              :
                    Plaintiff,                :    **NOTICE OF**
                                              :    **DEPOSITION**
         - against -                          :    **PURSUANT TO**
                                              :    **FED. R. CIV. PRO. 30(b)(6)**
LUCKY CHATHAM REALTY CORP. and                :
RICHARD T. WONG,                              :
                                              :
                    Defendants.               :
------------------------------------x

    PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, plaintiff Min Yu Xiao (hereinafter "Xiao"), by his attorneys, Levy Davis & Maher, LLP, will take the deposition upon oral examination of a witness that Lucky Mott Realty LLC has the duty to designate as its representative, before an officer authorized by law to administer oaths, at the law offices of Levy Davis & Maher, LLP, 880 Third Avenue, New York, New York, on May 5, 2008 at 10:00 a.m. or any adjourned date thereof, and continuing from day to day until completion. The deposition testimony will be recorded by stenographic means.

    The areas of inquiry of the witness will be as follows:

    (1) The relationship, if any, between Lucky Mott Realty LLC and any defendant in this action;

    (2) Revenues earned by Lucky Mott Realty LLC, each year between 2000 and 2006, inclusive;

(3) All transactions between Lucky Mott Realty LLC and any defendant in this action.

Pursuant to Rule 30(b)(5), each person designated is requested to bring with him or her a copy of his or her current (or last available) job description, resume, and business card.

Dated: New York, New York
     March 20, 2008

                              LEVY, DAVIS & MAHER, LLP

               By: _____
                           Jonathan A. Bernstein (JB 4053)
                           880 Third Avenue
                           New York, New York 10022
                           Tel: (212) 371-0033
                           Attorneys for Plaintiff

To:   Matthew C. Kesten (MK 6099)
       Kantor, Davidoff, Wolfe,
         Mandelker & Kass, P.C.
       51 East 42nd Street, 17th Floor
       New York, New York 10017
       (212) 682-8383
       Attorneys for Defendants