

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
MIN YU XIAO,                            :    07 Civ. 9430 (RWS) (DFE)
                                        :
                    Plaintiff,          :
                                        :    STIPULATION AND ORDER
        - against -                     :    OF DISMISSAL PURSUANT
                                        :    TO FED. R. CIV. PRO. 41(a)(1)(ii)
LUCKY CHATHAM REALTY CORP. and          :
RICHARD T. WONG,                        :
                                        :
                    Defendants.         :
---------------------------------------x

IT IS HEREBY STIPULATED AND AGREED pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii) by and between the attorneys for the parties that:

1. Plaintiff's claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq. (First, Second, Seventh and Eighth Causes of Action) are hereby dismissed in their entirety, with prejudice and without costs and/or attorneys' fees to any party as against any other party.

2. Plaintiff's claims under 12 NYCRR § 142.2-2.4 for "spread of hours" pay (Fifth and Sixth Causes of Action) are hereby dismissed in their entirety, with prejudice and without costs and/or attorneys' fees to any party as against any other party.

3. Plaintiff's Third and Fourth Causes of Action under the New York Labor Law and/or New York Minimum Wage Act are hereby dismissed without prejudice.

4. This Clerk of the Court is hereby directed to dismiss this action on terms consistent with this stipulation and order.

Dated: New York, New York
       August 13, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

_[signature]_

Jonathan A. Bernstein (JB 4053)
Levy Davis & Maher, LLP
29 Broadway, 9th Floor
New York, New York 10006
(212) 371-0033

Attorneys for Plaintiff

Kantor, Davidoff, Wolfe, Mandelker &
Kass, P.C.

By _[signature]_
Matthew C. Kesten, Esq. (MK 6099)
51 East 42nd Street
New York, New York 10017
(212) 682-8383
Attorneys for Defendants

SO ORDERED:

_[signature]_ — Part I
~~Robert W. Sweet~~, U.S.D.J.
Paul A. Crotty

August 19, 2008